ARMED SERVICES BOARD OF CONTRACT APPEAL

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Oneida Total Integrated Enterprises | ) ASBCA Nos. 63258, 63299 |
| | ) |
| Under Contract No. W91237-16-C-0003 | ) |

APPEARANCES FOR THE APPELLANT:  Stephen D. Tobin, Esq.
Michael H. Payne, Esq.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Willie J. Williams, Esq.
Nathan P. Austrian, Esq.
  Engineer Trail Attorneys
  U.S. Army Engineer District, Huntington

Bonnie B. Jagoditz, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Nashville

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  October 2, 2024

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63258, 63299, Appeals of Oneida Total Integrated Enterprises, rendered in conformance with the Board's Charter.

Dated:  October 3, 2024

_for Jammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals